UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
2022 APR -6 P 4:03
CLERK _Cesbell_
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | Conspiracy to Possess with |
| MAGNUM JELANI NEELY, | ) | Intent to Distribute and to |
| PATRICIA GREGORY, | ) | Distribute a Controlled |
| FANESIA SMITH, and | ) | Substance (Methamphetamine) |
| YVONNE SMITH | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to |
| | ) | Distribute a Controlled |
| | ) | Substance (Methamphetamine) |

CR122-0029

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Conspiracy to Possess with Intent to Distribute and
to Distribute Controlled Substances (Methamphetamine)*
21 U.S.C. § 846

Beginning on a date at least as early as October 2020, up to and including May 10, 2021, in Richmond County, within the Southern District of Georgia, and elsewhere, the defendants,

MAGNUM JELANI NEELY,
PATRICIA GREGORY,
FANESIA SMITH, and
YVONNE SMITH,

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to

distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT TWO
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about November 2, 2020, in Richmond County, within the Southern District of Georgia, and elsewhere, the defendants,

**FANESIA SMITH**
and
**YVONNE SMITH,**

aided and abetted by each other and by others known and unknown, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

## COUNT THREE
*Possession with Intent to Distribute a Controlled Substance (Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about May 10, 2021, in Richmond County, within the Southern District of Georgia, and elsewhere, the defendant,

**PATRICIA GREGORY,**

aided and abetted by each other and by others known and unknown, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

The allegations contained in Count One through and including Count Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction of the offense alleged in Counts One and Four of this Indictment, the defendant, **MAGNUM JELANI NEELY, PATRICIA GREGORY, FANESIA SMITH, and YVONNE SMITH,** shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

*Signatures on next page.*

A True Bill.

_____
Foreperson

_____
David H. Estes
United States Attorney

_____
Jeremiah L. Johnson
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division