# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

## CLERK'S MINUTES

**CASE NO.:** 1:22cr029            **DATE**: April 26, 2022

**UNITED STATES OF AMERICA**

v            **TIMES**: 2:05 - 2:21

Magnum Jelani Neely

---

**Honorable:** Brian K. Epps, United States Magistrate Judge    **Courtroom Deputy:** Courtnay Capps
**Court Reporter:** FTR    **Interpreter:**
**Probation Officer:** Wright White    **Security:** USMS Williams, Gutierrez; CSO Ingram

---

**Attorney for Government:** Jeremiah Johnson
**Attorney for Defendant(s):** Richard Pacheco

---

**PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT**

- [x] Defendant advised of rights
- [x] CJA counsel appointed
- [x] Defendant advised of charges and penalties
- [x] Not guilty plea entered
- [x] Defendant's pretrial motions due within __60__ days;
- [x] Rule 5/Brady materials reviewed
- [x] Government moves for detention:
    - [x] Defendant waives detention hearing at this time
    - [ ] Matter of detention is moot due to
    - [ ] Defendant requests 5 days to prepare for detention hearing
    - [ ] Government requests 3 days to prepare for detention hearing
    - [ ] Detention hearing scheduled for:
    - [ ] Detention hearing held
        - [ ] Witness for Gov't:    [ ] Witness Sworn
        - [ ] Witness for Def:    [ ] Witness Sworn
- [x] Defendant detained pending trial
- [x] Defendant remanded to custody of USMS
- [ ] Defendant granted bond:

Notes: