IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 122-029 |
| | ) | |
| MAGNUM JELANI NEELY | ) | |
| PATRICIA GREGORY | ) | |
| FANESIA SMITH | ) | |
| YVONNE SMITH | ) | |

**O R D E R**

Counsel have advised the Court all pretrial motions have been satisfied or otherwise resolved. (See doc. nos. 59-60.) Therefore, a motions hearing is not necessary, and the pending motions are **MOOT**. (Doc. nos. 42-51.)

SO ORDERED this 19th day of July, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA