UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CRIMINAL CASE NO. CR122-029  DATE: 01/11/2023

USA V. Magnum Jelani Neely  TIME: 10:03am - 10:39am

JUDGE: Honorable J. Randal Hall  COURTROOM DEPUTY: Lisa Widener

COURT REPORTER: Lisa Davenport  INTERPRETER: —

ATTORNEY(S) FOR THE GOVERNMENT: Jeremiah Johnson

ATTORNEY(S) FOR THE DEFENDANT: Richard Pacheco

PROBATION OFFICER: Chris Ingalls

DEFENDANT SENTENCED ON COUNT(S): One

---

Y PSI reviewed in full
N Objections to factual basis
Y Objections to Guideline Calculations
Y Changes ordered
N Factual Witness
Y Statement by Counsel
Y Statement by Defendant
Y Appeal rights of defendant explained/(waived)

Facility requested/recommended: Edgefield SC FCI / Estill SC FCI

Defendant remanded  Y
Voluntary surrender  —
Departure from guidelines  N

Custody: 278 months
Supervised Release: 5 years
Y Standard and Special Conditions of Release to be explained by USPO and a written to be provided to defendant
Probation  —
Fine $ 2500.00
Restitution $  —
AVAA Sp. Assessment $  —
Special Assessment $ 100.00
Community Service: — hours within — months of release
Dismiss Count(s)  —
Plea agreement accepted  Y
Upward — Downward —