IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CR 122-029 |
| | * |
| MAGNUM JELANI NEELY | * |

O R D E R

Defendant Magnum Jelani Neely has filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), which provides a narrow path for a *federal* defendant in extraordinary and compelling circumstances to leave prison early. Defendant Neely, however, is not in federal custody. He is presently in state custody serving a ten-year sentence for aggravated battery. Because this Court does not have authority to grant the release of a state prisoner under § 3582(c), the Clerk is directed to **TERMINATE** the motion for compassionate release (doc. 136).[1]

**ORDER ENTERED** at Augusta, Georgia, this 6th day of June, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant Neely has also not presented extraordinary and compelling circumstances warranting release, as fully explained in the Government's response in opposition.