IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 122-029 |
| | * | |
| MAGNUM JELANI NEELY | * | |

**O R D E R**

On June 30, 2025, the Court denied Defendant Magnum Jelani Neely's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) for a second time. Simply put, the Court is without authority to release a state prisoner on compassionate release no matter the grounds. The Court also explained that Neely could not challenge his federal conviction and sentence under 28 U.S.C. § 2255 unless he has acquired authorization from the Eleventh Circuit Court of Appeals to file a second or successive § 2255 petition.

On July 1, 2025, the Court received two filings from Neely, who no doubt had not received the June 30th Order ruling on his motion. The Court **ORDERS** those filings, docketed as a motion to reduce sentence (doc. 155) and supplemental motion to reduce sentence (doc. 156), to be **TERMINATED AS MOOT**.

Then, having possibly received the June 30th Order, Neely filed a § 2255 petition on July 14, 2025. Neely, however, has not obtained the necessary authorization from the Eleventh Circuit to

file a second or successive § 2255 petition. Accordingly, the recently filed § 2255 motion (doc. 158) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of July, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA